IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03489-WYD-BNB

DESIREE M. GREGORY,

Plaintiff,

v.

CENTURA HEALTH CORP.,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Strike Proof of Service of Summons, Accept Waiver of Summons, and Continue Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting** [docket no. 7, filed January 29, 2015] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Docket entry 5, the Executed Summons and all related deadlines connected to it are STRICKEN. The Waiver of Service, filed January 29, 2015, docket entry no. 8, is ACCEPTED.

IT IS FURTHER ORDERED that the Scheduling Conference set for March 20, 2015, is **vacated and reset to April 30, 2015, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **April 23, 2015**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED:  January 30, 2015