**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-3489-WYD-NYW

DESIREE M. GREGORY,

Plaintiff,

v.

CENTURA HEALTH CORP.,

Defendant.

---

### MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendant Centura Health Corporation's (also "Plaintiff") Unopposed Motion to Reset Scheduling Conference [# 12], filed February 24, 2015 (the "Motion"). Pursuant to the Order referring case dated January 5, 2015 [#4] and the Memorandum dated February 24, 2015 [#4], the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED. The scheduling conference previously set for April 30, 2015 (and then re-set for April 1, 2015) before this court is VACATED. The conference is hereby re-set to **April 20, 2015, at 9:00 a.m.**, in in Courtroom C-205 of the Byron G. Rogers Courthouse. The parties are directed to file a joint proposed scheduling order with the court on or before **April 13, 2015**.

March 17, 2015.