IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03489-WYD-MJW

DESIREE M. GREGORY,

    Plaintiff,

v.

CENTURA HEALTH CORP.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation for Dismissal With Prejudice (ECF No. 25). After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed with prejudice, each party to bear its own fees and costs. Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 25) is **APPROVED.** This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

Dated:   June 8, 2015

                                                        BY THE COURT:

                                                        s/ Wiley Y. Daniel
                                                        WILEY Y. DANIEL,
                                                        SENIOR UNITED STATES DISTRICT JUDGE